NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CASE NO. 3:14-CR-367-B-49 |
| | § | |
| JOE LEE FOARD, JR., | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion Requesting Time Served While in Federal Custody is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. Doc. 3480.

The clerk of the court is directed to OPEN for statistical purposes a new habeas corpus action under 28 U.S.C. § 2241 (nature of suit 530 directly assigned to the same District Judge and Magistrate Judge as in the criminal case), and to CLOSE the same on the basis of this order.

SO ORDERED this 15TH day of NOVEMBER, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE